IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for PAUL QUARANTILLO, and JOHN C. BUSSE, trustees ad litem, LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA WELFARE AND PENSION FUNDS, WESTERN PA HEAVY & HIGHWAY CONSTRUCTION ADVANCEMENT FUND and the LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA, LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA and its affiliated local unions, <br><br> Plaintiffs, <br><br> v. <br><br> TRIPLE L CONSTRUCTION CO., INC., JULIUS ELLERBEE, LA MAND ELLERBEE and LISA ARMSTEAD ELLERBEE, <br><br> Defendants. | Civil Action No. 05-0706 <br><br> Judge Gary L. Lancaster |

**ORDER OF COURT**

AND NOW, this 16th day of June, 2006, after consideration of Plaintiff's Motion to Compel Attendance at Deposition in Aid of Execution, it is hereby ORDERED, ADJUDGED and DECREED that Julius Ellerbee shall appear for a deposition in aid of execution at the office of Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, Pennsylvania 15222, on Monday, July 10, 2006 at 9:00 a.m. It is FURTHER ORDERED that Julius Ellerbee shall produce at the deposition all of the documents and information set forth in the Notice of Deposition served by Plaintiff's counsel on April 26, 2006.

The Honorable Gary L. Lancaster
United States District Court

LIT:388196-1 000004-010359